Frederick S. Berretta (State Bar No. 144,757)
Boris Zelkind (State Bar No. 214,041)
Phillip A. Bennett (State Bar No. 241,809)
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street
Suite 1200
San Diego, CA 92101
(619) 235-8550
(619) 235-0176 (FAX)
fberretta@kmob.com

Attorneys for Plaintiff
GOLDEN HOUR DATA SYSTEMS, INC.


Marc E. Hankin (State Bar No. 170,505)
HANKIN PATENT LAW,
A Professional Corporation
9034 W. Sunset Blvd., Suite 200
West Hollywood, CA 90069
(310) 275-6945
(310) 274-8643 (FAX)
Marc@HankinPatentLaw.com

Attorneys for Defendant
HEALTH SERVICES INTEGRATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOLDEN HOUR DATA SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH SERVICES INTEGRATION, INC., a California corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No. C 06-7477 SI<br><br>**STIPULATION RE ASSIGNMENT TO SETTLEMENT CONFERENCE BEFORE A U.S. MAGISTRATE JUDGE AND [PROPOSED] ORDER THEREON**<br><br>Honorable Susan Illston |

Plaintiff Golden Hour Data Systems, Inc. and Defendant Health Services Integration, Inc., the parties to the above-entitled action, hereby jointly stipulate that, pursuant to the Case Management Conference before Judge Susan Illston on March 16, 2007, the parties agreed, and the Court approved, that this matter be assigned to a Settlement Conference before a U.S. Magistrate Judge in lieu of the previously stipulated ADR procedure of an Early Neutral Evaluation ("ENE") Conference to be administered through the Court's ADR program. The parties further agreed, and the Court approved, that the Settlement Conference before a U.S. Magistrate Judge be conducted prior to the end of June, 2007.

Accordingly, the prior ADR stipulation for an ENE Conference should be vacated and this matter may be removed from the court-connected ADR program administration at this time.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: March 21, 2007

By: s/Frederick Berretta
Frederick S. Berretta

Attorneys for Plaintiff
GOLDEN HOUR DATA SYSTEMS, INC.

HANKIN PATENT LAW, A Professional Corp.

Dated: March 21, 2007

By: s/Marc Hankin
Marc E. Hankin

Attorney for Defendant
HEALTH SERVICES INTEGRATION

**IT IS SO ORDERED**

Dated: _____

_____
United States District Judge Susan Illston

3559064

# CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2007, I caused the foregoing **STIPULATION RE ASSIGNMENT TO SETTLEMENT CONFERENCE BEFORE A U.S. MAGISTRATE JUDGE AND [PROPOSED] ORDER THEREON** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following:

Marc E. Hankin
marc@hankinpatentlaw.com
Hankin Patent Law, APC
9034 W. Sunset Blvd., Suite 200
West Hollywood, CA 90069
Telephone: 310-275-6945
Fax: 310-274-8643

Dated: 3/21/04                          By: _____
                                            Megan Ptacin

3559064
032107