HEATHER N. MEWES (CSB No. 203690)
  hmewes@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendant
HEALTH SERVICES INTEGRATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN HOUR DATA SYSTEMS, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>HEALTH SERVICES INTEGRATION, INC., a California Corporation<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. C 06 07477 SI<br><br>**SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE that Defendant Health Services Integration, Inc. hereby substitutes the law firm of Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, California 94104 as its attorney of record in this matter and on whom notices and papers may be served. This substitution of counsel is in the place and stead of Marc E. Hankin, Esq., Hankin Patent Law, 8383 Wilshire Blvd., Suite 333, Beverly Hills, CA 90211.

/////

/////

SUBSTITUTION OF COUNSEL

1

CASE NO. CV C 06 07477 SI

1  Health Services Integration, Inc. hereby consents to this substitution.

2  Dated: June 15, 2007                                  Health Services Integration, Inc.

                                                          /s/ Ken Stults
                                                          Ken Stults

6  Hankin Patent Law hereby consents to this substitution.

8  Dated: June 15, 2007                                  HANKIN PATENT LAW PC

                                                          /s/ Marc E. Hankin
                                                          Marc E. Hankin

12  I accept the above substitution and am admitted to practice in this Court.

Dated: June 15, 2007                                     FENWICK & WEST LLP

                                                          /s/ Heather N. Mewes
                                                          Heather N. Mewes

## **ORDER**

Having considered the above "Substitution of Counsel," and good cause appearing therefore:

IT IS SO ORDERED.

DATED: _____

                                                          *[signature: Susan Illston]*
                                                          The Hon. Susan Illston
                                                          United States District Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  I, Heather N. Mewes, attest that I have obtained the physical signature of each
2  of the other signatories to this stipulation, reflecting their concurrence in the filing
3  of this document; and will maintain records to support this concurrence until one
4  year after final resolution of this action.

6  Dated: June 15, 2007                              FENWICK& WEST LLP

8                                            /s/ Heather N. Mewes
                                              Heather N. Mewes

A9000/00000/LIT/1268663.1