Frederick S. Berretta (State Bar No. 144,757)
Boris Zelkind (State Bar No. 214,041)
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street, Suite 1200
San Diego, CA 92101
(619) 235-8550
(619) 235-0176 (FAX)
fberretta@kmob.com

Attorneys for Plaintiff
GOLDEN HOUR DATA SYSTEMS, INC.

Heather N. Mewes (State Bar No. 203,690)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
(415) 875-2302
(415) 281-1350 (FAX)
hmewes@fenwick.com

Attorneys for Defendant
HEALTH SERVICES INTEGRATION, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GOLDEN HOUR DATA SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH SERVICES INTEGRATION, INC., a California corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No. C 06-7477 SI<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Honorable Susan Illston |

Plaintiff Golden Hour Data Systems, Inc. ("Golden Hour") and Defendant Health Services Integration, Inc. ("HSI"), the parties to the above-entitled action, hereby jointly stipulate and respectfully request that the Court continue the Case Management Conference

currently set in this matter for July 13, 2007, until sometime after the Settlement Conference now set for August 29, 2007. The reasons for this request are that Defendant HSI recently retained new counsel and so the parties have been unable to schedule and attend a Settlement Conference prior to July 13, and that the parties now believe there is a reasonable probability of achieving a settlement of the matter at the Settlement Conference set for August 29, 2007, before Magistrate Judge Maria-Elena James.

Pursuant to this Court's March 12, 2007 Order after the Initial Case Management Conference, the parties have engaged in document and deposition discovery focused on the issue of liability. The Court also ordered that the parties attend a Settlement Conference before the end of June, but the parties were unable to do so for the reasons discussed above. The Settlement Conference originally scheduled by the Magistrate Judge for June 19 has now been continued to August 29, 2007. The parties agree that the Settlement Conference should be held before any further legal fees and costs are incurred in discovery, and that in the interests of judicial economy the Case Management Conference currently set in this matter for July 13, 2007, be continued until sometime after the August 29, 2007 Settlement Conference.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: June 26, 2007          By: s/Frederick S. Berretta
                                  Frederick S. Berretta

                              Attorneys for Plaintiff
                              GOLDEN HOUR DATA SYSTEMS, INC.


FENWICK & WEST LLP

Dated: June 26, 2007          By: s/Heather N. Mewes
                                  Heather N. Mewes

                              Attorneys for Defendant
                              HEALTH SERVICES INTEGRATION, INC.

3921936

Civil Action No. C 06-7477 SI         -2-         Stip. to Cont. Case Management Conf.

# CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2007, I caused the foregoing **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following:

>Heather N. Mewes, Esq.
>FENWICK & WEST LLP
>555 California Street, 12th Floor
>San Francisco, CA 94104
>(415) 875-2302
>(415) 281-1350 (FAX)
>hmewes@fenwick.com

Dated: 6/26/07        By: _____
                          Megan Ptacin

3921936

The case management conference has been continued to 9/14/07 at 2:30 p.m.



IT IS SO ORDERED
Judge Susan Illston

Civil Action No. C 06-7477 SI    -1-    Certificate of Service