IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN HOUR DATA, | No. C 06-07477 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| HEALTH SERVICES, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>March 7, 2008</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>to be set</u>.

DESIGNATION OF EXPERTS: <u>to be set</u> ; REBUTTAL: <u>to be set</u>.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>to be set</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>January 9, 2009</u>;

Opp. Due <u>January 23, 2009</u>; Reply Due <u>January 30, 2009</u>;

and set for hearing no later than <u>February 13, 2009</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>March 24, 2009</u> at <u>3:30 PM</u>.

JURY A TRIAL DATE: <u>PRIL 6, 2009</u> at <u>8:30 AM.</u>,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
By September 21, 2008, counsel shall submit to the Court a scheduling order setting out specific dates setting out the Patent Local Rule schedule.
Plaintiff request to take an additional seven depositions is granted.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28