Frederick S. Berretta (State Bar No. 144,757)
Boris Zelkind (State Bar No. 214,041)
Phillip A. Bennett (State Bar No. 241,809)
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street
Suite 1200
San Diego, CA 92101
(619) 235-8550
(619) 235-0176 (FAX)

Attorneys for Plaintiff
GOLDEN HOUR DATA SYSTEMS, INC.


Heather N. Mewes (State Bar No. 203,690)
David Lacy Kusters (State Bar No. 241,335)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
(415) 875-2300
(415) 281-1350 (FAX)

Attorneys for Defendant
HEALTH SERVICES INTEGRATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOLDEN HOUR DATA SYSTEMS, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> HEALTH SERVICES INTEGRATION, INC., a California corporation, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Civil Action No. C 06-7477 SI <br><br> **UPDATED JOINT CASE MANAGEMENT SCHEDULE AND PROPOSED ORDER** <br><br> Honorable Susan Illston |

Pursuant to this Court's instructions given at the September 14, 2007 Case Management Conference, Plaintiff Golden Hour Data Systems, Inc. ("Golden Hour") and Defendant Health Services Integration ("HSI"), the parties to the above-entitled action, hereby jointly submit this Updated Case Management Schedule and Proposed Order and request the Court to adopt it as the Case Management Schedule Order in this case.

## JOINT PROPOSED CASE MANAGEMENT SCHEDULE

| EVENT | DUE DATE |
|---|---|
| Update Initial Disclosures [FRCP 26(a)(1)] | 10/12/07 |
| Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions and Accompanying Document Production [Patent LR 3-1, 3-2] | 10/31/07 |
| Defendants' Preliminary Invalidity Contentions and Accompanying Document Production [Patent LR 3-3, 3-4] | 12/14/07 |
| Exchange of Proposed Terms and Claim Elements for Construction [Patent LR 4-1] | 02/29/08 |
| Status Conference regarding Claim Construction | 03/07/08 @ 2:30 p.m. |
| Exchange of Preliminary Claim Construction and Extrinsic Evidence [Patent LR 4-2] | 03/21/08 |
| Joint Claim Construction and Pre-hearing Statement [Patent LR 4-3] | 04/18/08 |
| Completion of Claim Construction Discovery [Patent LR4-4] | 05/09/08 |
| L/D to move to amend pleadings | 05/23/08 |

| | |
|---|---|
| Opening Claim Construction Brief [Patent LR 4-5] | 05/23/08 |
| Responsive Claim Construction Brief [Patent LR 4-5] | 06/06/08 |
| Reply Claim Construction Brief [Patent LR 4-5] | 06/13/08 |
| Claim Construction Hearing [Patent LR 4-6] | 06/25/08 @ 3:30 p.m. (2 hrs.) |
| Claim Construction Order Issued | 07/11/08 |
| Plaintiff's Final Infringement Contentions [Patent LR 3-6(a)] | 8/11/08 |
| Disclosure of Willfulness Opinion and related materials [Patent LR 3-8] | 9/01/08 |
| Defendant's Final Invalidity Contentions [Patent LR 3-6(b)] | 9/01/08 |
| Fact Discovery Cut-off | 10/09/08 |
| Expert Reports on Issues for Which Party Bears Burden of Proof | 10/20/08 |
| Rebuttal Expert Reports | 11/10/08 |
| Close of Expert Discovery | 11/24/08 |
| L/D to file Opening Brief re Dispositive Motions | 01/09/09 |
| For Dispositive Motions filed 1/9/09, L/D to file Opposition Brief | 01/23/09 |
| For Dispositive Motions filed 1/9/09, L/D to file Reply Brief | 01/30/09 |
| Hearing on Dispositive Motions filed 1/9/09 | 02/13/09 @ 9:00 a.m. |
| Pretrial Conference Statement | 03/10/09 |
| Pretrial Conference | 03/24/09 @ 3:30 p.m. |
| Trial | 04/06/09 @ 8:30 a.m. |

/ / /

/ / /

/ / /

-3-

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 21, 2007           By: s/Frederick S. Berretta

        Frederick S. Berretta
        Boris Zelkind
        Phillip A. Bennett

Attorneys for Plaintiff
GOLDEN HOUR DATA SYSTEMS, INC.


FENWICK & WEST LLP


Dated: September 21, 2007           By: s/Heather N. Mewes

        Heather N. Mewes
        David Lacy Kusters

Attorneys for Defendant
HEALTH SERVICES INTEGRATION, INC.


IT IS SO ORDERED

Date: _____

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2007, I caused the foregoing **UPDATED JOINT CASE MANAGEMENT SCHEDULE AND PROPOSED ORDER** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following:

Heather N. Mewes
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104
hmewes@fenwick.com

T: 415-875-2300
F: 415-281-1350

Dated: 9/20/07

By: _____
Megan Ptacin

4292471
092007