Frederick S. Berretta (State Bar No. 144,757)
Boris Zelkind (State Bar No. 214,041)
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street, Suite 1200
San Diego, CA  92101
(619) 235-8550
(619) 235-0176 (FAX)
fberretta@kmob.com

Attorneys for Plaintiff
GOLDEN HOUR DATA SYSTEMS, INC.

Heather N. Mewes (State Bar No. 203,690)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
(415) 875-2302
(415) 281-1350 (FAX)
hmewes@fenwick.com

Attorneys for Defendant
HEALTH SERVICES INTEGRATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOLDEN HOUR DATA SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH SERVICES INTEGRATION, INC., a California corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No. C 06-7477 SI<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER RESCHEDULING SETTLEMENT CONFERENCE**<br><br>Honorable Maria-Elena James |

-1-

Civil Action No. C 06-7477 SI                                    Stip. to Reschedule Settlement Conf.

Plaintiff Golden Hour Data Systems, Inc. ("Golden Hour") and Defendant Health Services Integration, Inc. ("HSI"), the parties to the above-entitled action, hereby jointly stipulate and respectfully request that the Court continue the Settlement Conference currently set in this matter for November 5, 2007. Pursuant to the Standing Order re: Settlement Conference Procedures for Cases Referred to Magistrate Judge Maria-Elena James, Counsel for Golden Hour and HSI have contacted this Court's Deputy Clerk and obtained a new date of March 14, 2008, at 10 a.m. for the Continued Settlement Conference.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: October 31, 2007

By: s/Frederick S. Berretta
    Frederick S. Berretta

Attorneys for Plaintiff
GOLDEN HOUR DATA SYSTEMS, INC.

FENWICK & WEST LLP

Dated: October 31, 2007

By: s/Heather N. Mewes
    Heather N. Mewes

Attorneys for Defendant
HEALTH SERVICES INTEGRATION, INC.

**IT IS SO ORDERED.**

Dated: November 1, 2007

By: _____
Magistrate Judge Maria-Elena James
United States District Court

-2-

Civil Action No. C 06-7477 SI      Stip. to Reschedule Settlement Conf.

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2007, I caused the foregoing **STIPULATION AND PROPOSED ORDER RESCHEDULING SETTLEMENT CONFERENCE** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following:

Heather N. Mewes, Esq.
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
(415) 875-2302
(415) 281-1350 (FAX)
hmewes@fenwick.com

Dated: 10/31/07    By: /s/ Megan Ptacin
                       Megan Ptacin

4412617

Civil Action No. C 06-7477 SI     -3-     Certificate of Service