Frederick S. Berretta (State Bar No. 144,757)
Boris Zelkind (State Bar No. 214,041)
Phillip A. Bennett (State Bar No. 241,809)
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street, Suite 1200
San Diego, CA 92101
(619) 235-8550
(619) 235-0176 (FAX)

Attorneys for Plaintiff
GOLDEN HOUR DATA SYSTEMS, INC.

HEATHER MEWES (CSB NO. 203690)
   hmewes@fenwick.com
DAVID M. LACY KUSTERS (CSB NO. 241335)
   dlacykusters@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th floor
San Francisco, CA 94104
Telephone:   (415) 875-2300
Facsimile:   (415) 281-1350

Attorneys for Defendant and Counterclaimant
HEALTH SERVICES INTEGRATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOLDEN HOUR DATA SYSTEMS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH SERVICES INTEGRATION, INC., a California Corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:06-cv-07477-SI<br><br>**STIPULATED ADMINISTRATIVE MOTION TO FILE EXHIBITS UNDER SEAL WITH RESERVATION OF RIGHTS** |

1  Pursuant to Civil Local Rules 7-11(a) and 79-5, the parties jointly move to file under seal exhibits F–H to the Reply Declaration of David M. Lacy Kusters In Support of Health Services Integration, Inc.'s ("HSI") Motion for Summary Judgment. Exhibits F–H were exhibits 8–10, respectively, to the deposition of Mr. Charles Freeman. The exhibits contain pricing information for Mr. Freeman's (d/b/a Innovative Engineering) products. In addition, Mr. Freeman's complete customer list could be derived from these documents. Mr. Freeman has designated these documents as "Highly Confidential—Attorneys' Eyes Only."

Golden Hour Data Systems, Inc. ("Golden Hour") stipulates to the filing of these exhibits under seal, but reserves its rights to object to the documents. Specifically, Golden Hour objects to the filing of any new evidence in support of HSI's motion on reply, and objects to HSI's reliance on any evidence not timely disclosed by HSI under Patent L.R. 3-3 and 3-4.

HSI believes that Golden Hour's objections are without merit.

Pursuant to the Stipulated Protective Order (Docket No. 38), which limits access to such designated materials, the parties respectfully request that the Court allow HSI to file portions of its filing under seal per Civil L.R. 79-5.

Dated: April 25, 2008

KNOBBE, MARTENS, OLSON & BEAR, LLP

By: /s/ Frederick S. Berretta
Frederick S. Berretta

Attorneys for Plaintiff
GOLDEN HOUR DATA SYSTEMS, INC.

FENWICK & WEST LLP

By: /s/ Heather Mewes
Heather Mewes

Attorneys for Defendant
HEALTH SERVICES INTEGRATION, INC.

1  HEATHER MEWES (CSB NO. 203690)
   hmewes@fenwick.com
2  DAVID M. LACY KUSTERS (CSB NO. 241335)
   dlacykusters@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th floor
4  San Francisco, CA 94104
   Telephone: (415) 875-2300
5  Facsimile: (415) 281-1350

6  Attorneys for Defendant and Counterclaimant
   HEALTH SERVICES INTEGRATION, INC.
7

8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

13 | GOLDEN HOUR DATA SYSTEMS, | Case No. 3:06-cv-07477-SI
   | INC., a California Corporation, |
14 |                                  |
   |        Plaintiff,                |
15 |                                  | **[PROPOSED] ORDER GRANTING
   | v.                               | STIPULATED ADMINISTRATIVE
16 |                                  | MOTION TO FILE EXHIBITS UNDER
   | HEALTH SERVICES INTEGRATION,     | SEAL**
17 | INC., a California Corporation,  |
   |                                  |
18 |        Defendant.                |

19 | AND RELATED COUNTERCLAIMS.

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION                    Case No. 3:06-CV-07477-SI
TO FILE UNDER SEAL

1  The Court having reviewed the parties' Stipulated Administrative Motion to File Exhibits
2  Under Seal With Reservation of Rights, hereby, for good cause shown, orders that the exhibits
3  F–H to the Reply Declaration of David M. Lacy Kusters In Support of Health Services
4  Integration, Inc.'s Motion for Summary Judgment be filed under seal.
5  **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _____, 2008

_____
Hon. Susan Illston
United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

[PROPOSED] ORDER GRANTING MOTION
TO FILE UNDER SEAL

Case No. 3:06-CV-07477-SI