Frederick S. Berretta (State Bar No. 144,757)
Boris Zelkind (State Bar No. 214,041)
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street, Suite 1200
San Diego, CA 92101
(619) 235-8550
(619) 235-0176 (FAX)
fberretta@kmob.com

Attorneys for Plaintiff
GOLDEN HOUR DATA SYSTEMS, INC.

Heather N. Mewes (State Bar No. 203,690)
David M. Lacy Kusters (State Bar No. 241,335)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
(415) 875-2302
(415) 281-1350 (FAX)
hmewes@fenwick.com

Attorneys for Defendant
HEALTH SERVICES INTEGRATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOLDEN HOUR DATA SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH SERVICES INTEGRATION, INC., a California corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No. 06-cv-7477-SI<br><br>**STIPULATION AND PROPOSED ORDER RESCHEDULING HEARING DATE ON DEFENDANT'S MOTION TO AMEND ANSWER AND PRELIMINARY INVALIDITY CONTENTIONS**<br><br>The Honorable Susan Illston |

Plaintiff Golden Hour Data Systems, Inc. ("Golden Hour") and Defendant Health Services Integration, Inc. ("HSI"), the parties to the above-entitled action, hereby jointly stipulate and respectfully request that the Court reschedule the hearing date on Defendant's

-1-

Motion for Leave to Amend Answer and Preliminary Invalidity Contentions presently set for June 27, 2008, and move it to July, 2, 2008 at 2:00 p.m. (to coincide with the Claim Construction hearing already set in this matter). The reason for this request is that Plaintiff's lead counsel has a pre-planned vacation for the week of June 23 – 27. Also Plaintiff's counsel must travel to San Francisco from San Diego for the hearing, so holding both hearings on the same date would promote judicial efficiency and reduce litigation costs for the parties. The parties do not propose changing the normal briefing schedule on Defendant's Motion based upon the originally noticed June 27 hearing date.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: June 5, 2008          By: s/Frederick S. Berretta
                                  Frederick S. Berretta

Attorneys for Plaintiff
GOLDEN HOUR DATA SYSTEMS, INC.


FENWICK & WEST LLP

Dated: June 5, 2008          By: s/Heather N. Mewes
                                  Heather N. Mewes

Attorneys for Defendant
HEALTH SERVICES INTEGRATION, INC.

## ORDER

Having considered the Stipulation of the Parties, and good cause appearing therefore, it is hereby Ordered that the hearing date on Defendant's Motion for Leave to Amend Answer and Preliminary Invalidity Contentions is continued to July 2, 2008 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:_____     By: /s/ Susan Illston
                              Judge Susan Illston
                              United States District Court

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2008, I caused the foregoing **STIPULATION AND PROPOSED ORDER RESCHEDULING HEARING DATE ON DEFENDANT'S MOTION TO AMEND ANSWER AND PRELIMINARY INVALIDITY CONTENTIONS** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following:

Heather N. Mewes, Esq.
David M. Lacy Kusters, Esq.
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
(415) 875-2302
(415) 281-1350 (FAX)
hmewes@fenwick.com
dlacykusters@fenwick.com

Dated: 6/5/08     By: _____
                        Luz Wright

5477358