1    Frederick S. Berretta (State Bar No. 144,757)
     Boris Zelkind (State Bar No. 214,041)
2    Phillip A. Bennett (State Bar No. 241,809)
     KNOBBE, MARTENS, OLSON & BEAR, LLP
3    550 West C Street
     Suite 1200
4    San Diego, CA 92101
     (619) 235-8550
5    (619) 235-0176 (FAX)

6    Attorneys for Plaintiff
     GOLDEN HOUR DATA SYSTEMS, INC.

7

8    Heather N. Mewes (State Bar No. 203,690)
     David Lacy Kusters (State Bar No. 241,335)
9    FENWICK & WEST LLP
     555 California Street, 12th Floor
10   San Francisco, CA 94104
     (415) 875-2300
11   (415) 281-1350 (FAX)

12   Attorneys for Defendant
     HEALTH SERVICES INTEGRATION, INC.

13

14

15               IN THE UNITED STATES DISTRICT COURT

16           FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                   SAN FRANCISCO DIVISION

18   GOLDEN HOUR DATA SYSTEMS, INC.,      ) Civil Action No. C 06-7477 SI
     a California corporation,             )
19                                         ) **STIPULATION AND [PROPOSED]**
                    Plaintiff,             ) **ORDER DISMISSING ALL CLAIMS AND**
20                                         ) **COUNTERCLAIMS WITHOUT**
            v.                             ) **PREJUDICE**
21                                         )
     HEALTH   SERVICES   INTEGRATION,      )
22   INC., a California corporation,       )
                                           ) **Honorable Susan Illston**
23                  Defendant.             )
                                           )
24   _____     )
                                           )
     AND RELATED COUNTERCLAIMS             )
25   _____     )

26

27

28

                              -1-

Pursuant to the Parties' confidential settlement agreement, Golden Hour Data Systems, Inc., on the one hand, and Health Services Integration, Inc., on the other, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1) that all claims and counterclaims in the action are hereby dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 26, 2008          By: s/Frederick S. Berretta

Frederick S. Berretta
Boris Zelkind
Phillip A. Bennett

Attorneys for Plaintiff
GOLDEN HOUR DATA SYSTEMS, INC.

FENWICK & WEST LLP

Dated: September 26, 2008          By: s/Heather N. Mewes

Heather N. Mewes
David Lacy Kusters

Attorneys for Defendant
HEALTH SERVICES INTEGRATION, INC.

IT IS SO ORDERED

Date: _____

United States District Judge

-2-

Stipulated Dismissal
Civil Action No. C 06-7477 SI

CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2008, I caused the foregoing **STIPULATION AND [PROPOSED] ORDER DISMISSING ALL CLAIMS AND COUNTERCLAIMS WITHOUT PREJUDICE** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following:

Heather N. Mewes
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA  94104
hmewes@fenwick.com

T: 415-875-2300
F: 415-281-1350

Dated: September 26, 2008                    By: _____
                                                  Luz Wright

5956972

-1-

CERTIFICATE OF SERVICE
CIVIL ACTION NO. C 06-7477 SI